Betty Ann **WILLIAMS**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 39373.**

Missouri Court of Appeals,
Western District.

Jan. 12, 1988.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Karen A. King, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and COVINGTON, JJ.

### ORDER

PER CURIAM.

Appeal from denial of a motion to vacate judgment and sentence under Rule 27.26.

Judgment affirmed. Rule 84.16(b).